AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Central District of California** on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>24-cv-06392 | DATE FILED<br>7/29/2024 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br><br>Patagonia, Inc. and Patagonia Provisions, Inc. | | DEFENDANT<br><br>Micom Group LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1189402 | 2/9/1982 | Patagonia, Inc. |
| 2 | 1294523 | 9/11/1984 | Patagonia, Inc. |
| 3 | 1547469 | 7/11/1989 | Patagonia, Inc. |
| 4 | 1775623 | 6/8/1993 | Patagonia, Inc. |
| 5 | 1811334 | 12/14/1993 | Patagonia, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2260188 | 7/13/1999 | Patagonia, Inc. |
| 2 | 2392685 | 10/10/2000 | Patagonia, Inc. |
| 3 | 2662619 | 12/17/2002 | Patagonia, Inc. |
| 4 | 5491401 | 6/12/2018 | Patagonia, Inc. |
| 5 | See Attachment | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br><br>BRIAN D. KARTH | (BY) DEPUTY CLERK<br><br>Ingrid Valdes | DATE<br><br>10/29/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**

**ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 5561006 | 9/11/2018 | Patagonia, Inc. |
| 4795759 | 8/18/2015 | Patagonia Provisions, Inc. |
| 4786172 | 8/4/2015 | Patagonia Provisions, Inc. |
| 4809079 | 9/8/2015 | Patagonia Provisions, Inc. |
| 4917049 | 3/15/2016 | Patagonia Provisions, Inc. |
| 6603435 | 12/28/2021 | Patagonia Provisions, Inc. |
| 6603434 | 12/28/2021 | Patagonia Provisions, Inc. |