VERSO LAW GROUP LLP
GREGORY S. GILCHRIST (Cal. Bar No. 111536)
RYAN BRICKER (Cal. Bar No. 269100)
SOPHY TABANDEH (Cal. Bar No. 287583)
PAYMANEH PARHAMI (Cal. Bar No. 335604)
565 Commercial Street, 4th Fl.
San Francisco, California 94111
Telephone:    (415) 534-0495
Facsimile:    (270) 518-5974
Email:        greg.gilchrist@versolaw.com
              ryan.bricker@versolaw.com
              sophy.tabandeh@versolaw.com
              paymaneh.parhami@versolaw.com

Attorneys for Plaintiffs
PATAGONIA, INC. and
PATAGONIA PROVISIONS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PATAGONIA, INC., and PATAGONIA PROVISIONS, INC. | Case No. 2:24-cv-06392-JFW-AS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| MICOM GROUP LLC, | |
| Defendant. | |

Pursuant to <u>Federal Rules of Civil Procedure 41(a)(1)(A)(i)</u>, plaintiffs Patagonia, Inc. and Patagonia Provisions, Inc. voluntarily dismiss the action with prejudice. As of this date, defendant has not filed an answer (or otherwise responded to the complaint) or a motion for summary judgment.

/ / /

/ / /

/ / /

NOTICE OF DISMISSAL WITH PREJUDICE
CASE NO. 2:24-cv-06392-JFW-AS                                                          - 1 -

Dated: October 28, 2024

VERSO LAW GROUP LLP


By: */s/ Gregory S. Gilchrist*
    Gregory S. Gilchrist
    Ryan Bricker
    Sophy J. Tabandeh
    Paymaneh Parhami

Attorneys for Plaintiffs
PATAGONIA, INC. and
PATAGONIA PROVISIONS, INC.

**PROOF OF SERVICE**

I, Victoria Tallentire, declare:

I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is 565 Commercial Street, 4th Fl., San Francisco, California 94111.  On the date set forth below, I served a true and accurate copy of the foregoing document entitled:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

on the parties in this action as follows:

> Camila Cordera
> Email: abcamilacordera@gmail.com
>
> Attorney for Defendant
> Micom Group LLC

☐  **[By First-Class Mail]**  I caused said document to be sent by United States Postal Service to the addresses indicated for the parties listed above.

☒  **[By Email]**  I caused said document to be sent by Email to the address indicated for the parties listed above.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this date at San Francisco, California.

Dated:  October 28, 2024

_____
Victoria Tallentire

PROOF OF SERVICE                                                                                          - 1 -